Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 891845
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>     vs.<br><br>Balwinder Singh Khangura,<br><br>             Defendant. | Case No.: CR.S. 12-300 MCE<br><br>WAIVER OF DEFENDANT'S PRESENCE<br>[Fed.R.Crim. Pro. 43]<br><br>Court:  Hon. Judge Morrison C. England, Jr. |

   Mr. Khangura hereby waives the right to be present in person in open Court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, initial appearance, plea, trial confirmation hearing, impanelment of jury, every trial stage including verdict, and imposition of sentence.  The defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if he were personally present, and further agrees to be present in Court and ready for trial any day and hour the Court may fix in his absence.

///

     The defendant further acknowledges that he has been informed of his rights under 18 U.S.C. § 3161 – 3174 (the Speedy Trial Act), and authorizes his attorney to set times and delays under that act without his being present.  With the Court's permission, Mr. Khangura respectfully requests that this Court accept his waiver of appearance when the statute deems his presence inessential and this Court consents.

     The reason for this request is that Mr. Khangura, who resides in Lincoln, California, suffers from myriad health problems, including the need to be hooked up to oxygen.  After many years of failing health, Mr. Khangura was diagnosed with Fibrosis of the lungs in 2010.  His primary doctor is Dr. Singh in Yuba City and he receives treatment at the Veteran's Hospital in Mather, CA.  He is currently prescribed 10 different medications and requires portable oxygen to breath. He routinely visits his doctor to test his lung capacity and blood oxygenation levels.  His condition is currently incurable and only managed with medications.  In the event, his breathing becomes severely affected, he has to report to the nearest emergency as soon as possible.

Dated: September 18, 2012     Respectfully submitted,

                                            __/s/ Shari Rusk___
                                            Shari Rusk
                                            Attorney for Defendant
                                            Balwinder Singh Khangura

                                            /s/Balwinder Singh Khangura
                                            DEFENDANT
                                            Balwinder Singh Khangura

                                            **ORDER**

IT IS SO ORDERED.

Dated:  September 25, 2012

                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE