BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>BALWINDER KHANGURA,<br><br>           Defendant. | CASE NO.  2:12-cr-300 MCE<br><br>**MOTION TO DISMISS INDICTMENT WITH RESPECT TO DEFENDANT BALWINDER KHANGURA AND ORDER** |

The United States, by and through undersigned counsel, hereby moves the Court, under Federal Rule of Criminal Procedure 48(a), to dismiss the indictment with respect to defendant BALWINDER KHANGURA for the following reasons:

1. On September 11, 2013, the government was informed of the death of BALWINDER KHANGURA by Pretrial Services.

2. On September 17, 2013, Placer County issued a Death Certificate for defendant BALWINDER KHANGURA, listing September 9, 2013 as the date of death.

3. The government received a copy of the death certificate in this matter on September 25, 2013.

///

///

///

1

4. Accordingly, the United States moves the Court to dismiss the indictment against defendant BALWINDER KHANGURA in this matter.

Dated:  October 1, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jared C. Dolan
JARED C. DOLAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  October 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT